IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 11-po-00042-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIRGINIA C. SCHLAX,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED: October 17, 2011**

Arraignment and Discovery Conference set for November 29, 2011 at 11:00 a.m.

is **VACATED** and rescheduled to December 01, 2011 at 11:00 a.m.