IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:  11-po-00042-GJR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VIRGINIA C. SCHLAX,

       Defendant.

---

**ORDER**

---

       Judgment has entered against this Defendant.  Defendant has paid the ordered

criminal monetary penalties.  The Case has been terminated (see docket entry # 9).

       Attorney for the Defendant filed a notice of withdrawal, which will be considered,

for the purposes of this proceeding, a motion to withdraw in accordance with District of

Colorado, Criminal Rules, Rule 57.5(D).

       For good cause shown, the Motion to Withdraw is **GRANTED**.

       DATED:   January 10, 2012

                                        BY THE COURT:


                                        s/ Gudrun J. Rice
                                        _____
                                        Gudrun J. Rice
                                        U.S. Magistrate Judge